No. 800. ULRICA DAHLGREN PIERCE, AS TRUSTEE, ETC. *v.* JOHN V. DAHLGREN. Appeal from the Circuit Court

of Appeals for the Sixth Circuit. Petition for a writ of certiorari and motion to dismiss submitted April 11, 1921. Decided April 18, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Hull* v. *Burr,* 234 U. S. 712, 720; *St. Anthony Church* v. *Pennsylvania R. R. Co.,* 237 U. S. 575, 577; *Louisville & Nashville R. R. Co.* v. *Western Union Telegraph Co.,* 237 U. S. 300, 302; *Delaware, Lackawanna & Western R. R. Co.* v. *Yurkonis,* 238 U. S. 439, 444. *Mr. J. Warren Keifer* for appellant and petitioner. *Mr. Lawrence Maxwell, Mr. Frederic R. Coudert* and *Mr. Howard Thayer Kingsbury* for appellee and respondent. [Certiorari denied, see *post,* 692.]